Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 63778.—Mexican Products Co. *v.* United States, protests 329901-K, 58/164, and 58/166 (Laredo).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 63779.—J. E. Bernard & Co., Inc., et al. *v.* United States, protests 58/20601-10167, etc. (Chicago).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 62951, the claim of the plaintiffs was sustained.

No. 63780.—Reliance Tanning Co., Inc., et al. *v.* United States, protests 58/24023, etc. (New York).

MOLLISON, Judge: The above-entitled protests were received by this court in December 1958 and placed upon the general calendar of the first division thereof in accordance with rule 13(c), as amended, of this court.   When the protests were called on the calendar of the first division on June 1, 1959, request was made by counsel for the plaintiffs for continuance of the same until the December term of the court, and the request was granted on the condition that the protests be finally disposed of at that time.

When the protests were called in December, no effort was made on behalf of the plaintiffs to comply with the condition upon which the prior continuance had been granted, and the court ordered the protests dismissed for want of prosecution.

Judgment will issue accordingly.

BEFORE THE SECOND DIVISION, FEBRUARY 10, 1960

No. 63781.—Gallagher & Ascher Company *v.* United States, protests 297880-K/8522, etc. (Chicago).

Opinion by LAWRENCE, J.   The protests were dismissed.